# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF AGENCY CASE CLOSING

November 19, 2024

To: Federal Energy Regulatory Commission

| | |
|---|---|
| ILLINOIS COMMERCE COMMISSION, et al.,<br>Petitioners,<br><br>and<br><br>OLD DOMINION ELECTRIC COOPERATIVE, et al.,<br>Intervening Petitioners<br><br>Nos. 20-1645, 20-1759, 20-1760, 20-1761, 20-1819, 20-1849, 20-2016, 20-3028, 20-3029, 20-3030, 20-3032, 20-3033, 20-3034, 20-3035, 20-3036, 20-3037, 20-3041, 20-3045, 20-3046, 20-3405, 20-3422, 20-3423, & 21-1183<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br>Respondent,<br><br>and<br><br>PJM INDUSTRIAL CUSTOMER COALITION and ELECTRIC POWER SUPPLY ASSOCIATION, et al.,<br>Intervening Respondents. | Petitions for Review of Orders of the Federal Energy Regulatory Commission.<br><br>Nos. EL16-49-000,<br>EL16-49-001,<br>EL16-49-002,<br>EL18-178-000,<br>EL18-178-001,<br>EL18-178-002,<br>ER18-1314-000,<br>ER18-1314-001,<br>ER18-1314-002,<br>FERC-171FERC61034,<br>FERC-171FERC61035,<br>FERC-163FERC61236 &<br>FERC-169FERC61239 |

Herewith is the final order of this court in these matters, along with the Bill of Costs, if any. This court's order is final and these cases are closed in this court.

| | |
|---|---|
| TYPE OF DISMISSAL: | F.R.A.P. 42(b) |
| STATUS OF THE RECORD: | no record to be returned |